No. 782, Misc. SIMS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 784, Misc. WALLS *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 785, Misc. CAULFIELD *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 790, Misc. CRAWFORD *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 797, Misc. BAKER *v.* CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 799, Misc. ANDERSON *v.* LANE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 800, Misc. STEBBINS *v.* NATIONWIDE MUTUAL INSURANCE Co. C. A. 4th Cir. Certiorari denied. *Roger D. Redden* for respondent.

No. 801, Misc. CLARK *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 803, Misc. OSWALD *v.* CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 804, Misc. ALLEN *v.* WARDEN, BALTIMORE COUNTY JAIL. Cir. Ct. Baltimore County, Md. Certiorari denied.